IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 04-00321-01-CR-W-HFS |
| ROBERT G. CURRIE, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on September 20, 2006. Defendant Currie appeared in person and with retained counsel Sean Pickett. The United States of America appeared by Assistant United States Attorney Joseph Marquez.

*I.     BACKGROUND*

On October 6, 2004, an indictment was returned charging Defendant Currie with one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846; one count of aiding and abetting the distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2; and one count of distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Marquez announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Detective Larry Jones, Jackson County Drug Task Force.

Mr. Pickett announced that he will be the trial counsel for Defendant Currie.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Marquez announced that the government intends to call twenty-two witnesses without stipulations or seventeen witnesses with stipulations during the trial.

Mr. Pickett announced that Defendant Currie intends to call two witnesses during the trial. Defendant Currie may testify.

## V. TRIAL EXHIBITS

Mr. Marquez announced that the government will offer approximately twenty exhibits in evidence during the trial.

Mr. Pickett announced that Defendant Currie will not offer any exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Pickett announced that Defendant Currie will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Pickett stated this case is probably not for trial.

## VIII. STIPULATIONS

Stipulations are likely as to chain of custody and chemist's reports.

## IX. TRIAL TIME

Counsel were in agreement that this case will take two to three days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed October 31, 2005, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by or before Wednesday, September 20, 2006;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, September 27, 2006;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, September 27, 2006. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and, if available to counsel, 3 and ½ inch computer disk in a form compatible with WordPerfect 9.0, 10.0, or 11.0.

## XI. UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated. There are no unusual questions of law.

3

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on October 2, 2006. Mr. Pickett advised that he plans to file a motion for continuance; the government does not object.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
September 20, 2006

cc: The Honorable Howard F. Sachs
    Mr. Joseph Marquez
    Mr. Sean Pickett
    Mr. Jeff Burkholder